# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Atain Specialty Insurance Company**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00368-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Luxury Auctions Marketing, Inc. | ) | |
| Grandeur Luxury Auctions, Inc. | | |
| Source.Auction, LLC | | |
| Jeremy LeClair**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2017 Order.

December 19, 2017

_____
Frank G. Johns, Clerk
United States District Court